**Order entered January 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00931-CR
No. 05-13-00932-CR

**THOMAS ANTHONY FARINA, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-35304-W, F10-35303-W**

## ORDER

Appellant's brief is overdue in these appeals. Additionally, we note that none of the boxes is checked on the trial court's certification of appeal in cause no. 05-13-00931-CR (trial court no. F10-35304-W).

Accordingly, the Court **ORDERS** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute the appeals, whether appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeals. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708

(Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order. The record shall contain a completed certification of appellant's right to appeal in cause no. 05-13-00931-CR. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 2013 WL 5220904 (Tex. Crim. App. Sept. 18, 2013).

The appeals are **ABATED** to allow the trial court to comply with the above order. The appeals shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/     DAVID EVANS
         JUSTICE